MERRITT v. KEWAUNEE SCIENTIFIC EQUIP.

No. 196P86.

Case below: 79 N.C. App. 370.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

MOFFETT v. DANIELS

No. 370P86.

Case below: 80 N.C. App. 516.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

MORRISON v. SEARS, ROEBUCK & CO.

No. 267PA86.

Case below: 80 N.C. App. 224.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed with review limited to question of whether the Court of Appeals erred in affirming summary judgment only insofar as plaintiffs' claims rest on breach of warranty of merchantability under G.S. 25-2-314 12 August 1986.

N. C. DEPARTMENT OF TRANSPORTATION v. KAPLAN

No. 361P86.

Case below: 80 N.C. App. 401.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

OLIVETTI CORP. v. AMES BUSINESS SYSTEMS, INC.

No. 418PA86.

Case below: 81 N.C. App. 1.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 12 August 1986.